UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
DIVISION

Brennen Hurt                                    )
                                                )        **Complaint for a Civil Case**
                                                )
                                                )
                                                )
*(Write the full name of each plaintiff*        )        Case No.
*who is filing this complaint.   If the*        )        *(to be assigned by Clerk of*
*names of all the plaintiffs cannot fit in*     )        *District Court)*
*the space above, please write "see*            )
*attached" in the space and attach an*          )
*additional page with the full list of*         )        Plaintiff requests trial by jury:
*names.)*                                        )        ☒ Yes    ☐ No
                                                )
**v.**                                          )
Exeter Finance LLC                              )
                                                )
                                                )
                                                )
                                                )
*(Write the full name of each defendant.*       )
*The caption must include the names of*         )
*all of the parties. Fed. R. Civ. P. 10(a).*    )
*Merely listing one party and writing "et*      )
*al." is insufficient. Attach additional*       )
*sheets if necessary.)*                          )

## CIVIL COMPLAINT

### *NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepaying fees or costs.*

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach
additional pages if needed.

| | |
|---|---|
| Name | Brennen Hurt |
| Street Address | 1830 charleston Estates dr |
| City and County | Florissant |
| State and Zip Code | Missouri 63031 |
| Telephone Number | 314 3960942 |
| E-mail Address | Brennenhurt@gmail.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Exeter Finance LLC |
| Job or Title | |
| Street Address | 2101 W John Carpenter FWY |
| City and County | Irving |
| State and Zip Code | Texas 75063 |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant. If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

**II.    Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

**A.    Federal question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

```
Breach of Contract
Breach of Fiduciary Duties
Security Fraud
Unjust Enrichment
```

**B.    Suit against the Federal Government, a federal official, or federal agency**

List the federal officials or federal agencies involved, if any.

**C.    Diversity of Citizenship**

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1.    The Plaintiff(s)

The plaintiff, *(name)*     Brennen Hurt     , is a citizen of the State of *(name)*     Missouri     .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

If the defendant is an individual

The defendant, *(name)* _____, is a citizen

of the State of *(name)* _____ *Or* is a citizen

of *(foreign nation)* _____ .

If the defendant is a corporation

The defendant, *(name)* _____ Exerter Finance LLC _____ .

is incorporated under the laws of the State of *(name)*

_____ Texas _____ , and has its principal place of

business in the State of *(name)* _____ Texas _____ *Or*

is incorporated under the laws of the State of *(foreign nation)*

_____ , and has its principal place

of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

Amount in controversy is $78,000 for Breach of contract, Failure to respond, Deprivation, Defamation of Character, Payments returned to owner, Profits made of vehicle being sold, and security Fraud.

4

III.     Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s).  For every defendant you have named in this complaint, you must state what he or she personally did to harm you.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

         1.     What happened to you?
         2.     When did it happen?
         3.     Where did it happen?
         4.     What injuries did you suffer?
         5.     What did each defendant personally do, or fail to do, to harm you?

1. On March 8th 2021 Plaintiff assigned a security or Installment loan agreement to Defendant as an investor to secure both parties in a consumer credit transaction.

2. Defendant has since sent Plaintiff coupons every month for payment. Plaintiff paid the monthly coupons until plaintiff had the knowledge that he was the beneficial owner and investor.

3. Plaintiff sent defendant multiple notices on March 4th 2023,March 18th, and April 27th to apply the principals balance to the principals account for set off. Plaintiff expressed his rights and tendered payment in full so defendant could perform fiduciary duties owed to the plaintiff.

4. Defendant not only ingnore all notices but defendant also seized a security in the amount of $11,153.49 which was a bill of exchange which is accepted according to Federal reserve section 16.

5.Defendant Breached its fiduciary duties by not acting in the interest of the plaintiff. Defendant acted contrary to the principals intertest. Defendant refused to preform responsibilities owed to the plaintiff who owns the securites.

claim continues on page 7.

IV.    Relief

         State briefly and precisely what damages or other relief you want from the Court.  Do not make legal arguments.

         Plaintiff just wants Proceeds paid returned and special performance so defendant can set off the debt and change the information on plaintiff's consumer report.

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☒   No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☒   No ☐

Do you claim punitive monetary damages?

Yes ☒   No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

```
Breach of contract $10,000 Non-acceptance of negotaible
instrument $11,000 failure to repond to noticies $5,000
Deprivation $7,000 Profits made from selling vehicle
$10,000 Montly payments returned $5,000 Dafamtion of
character $10,000 security fraud/extrotion $20,000
```

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___10___ day of _____October_____, 20 _23_.

Signature of Plaintiff(s) _____

_____