Page 7

Continue of claim:


6. Defendant breached the contract by not accepting the security, Negotiable instrument, bill of exchange. Defendant doesn't have the original note or security or installment agreement to enforce against the plaintiff.

7. Defendant is practicing color of law to deprive All Equitable owners who is the plaintiff. This is a violation and punishable according to federal law 18 u.s.c 242.

8. Defendant is Extorting Plaintiff by seizing plaintiff's security and tender of payment and forcing Plaintiff to pay only using Federal reserve notes. Defendant has reported false late payments to Plaintiffs credit report therefor harming plaintiff's credit worthiness and preventing Plaintiff from entering consumer credit transactions for his personal and family needs.

9. Defendant has seized plaintiff's securities and denied plaintiff to use his rights in the agreement or contract. Defendant has committed security fraud and has yet to return plaintiff's securities. Failure to return securities means defendant has accepted them as payment and still forcing plaintiff to pay more in federal reserve notes.

10. Defendant's refusal to acknowledge and honor the coupon note's value and the subsequent claim that Plaintiff still owes money, amounts to an unlawful seizure of private property in violation to the fourth amendment. And Defendant has not yet compensated plaintiff for using his securities to make more funds is a violation of the 5th amendment.

11. Defendant's refusal to honor this note, despite the plaintiff's actions in alignment with the U.C.C amounts to a full discharge of the debt as per U.C.C 3-603. By not acknowledging the plaintiff's rightful claim, the defendant unjustly benefits from the security which belongs to the plaintiff.

12. Defendant has unjustly profited the plaintiff's assets without fulfilling their obligations, leading to unjust enrichment.

13. Defendant had the vehicle which was a Honda Odessy 2016 van repo'd, and still denied Plaintiff's rights and ignored all claims plaintiff made prior to repossession.

14. Plaintiff contacted Missouri Attorney General Consumer protection department for help on this situation. Defendant denied all claims that Plaintiff was the beneficial owner and even said that the plaintiff was A Moorish National, Internet scammer. Defendant claims what the Plaintiff is doing id fraud but has not shown any proof they loaned plaintiff any money.

15. Plaintiff made false accusations about the plaintiff when all the plaintiff was doing was trying to claim his, rights, titles, interest, and equity in the contract. Defendant false accusations is now why plaintiff has lost faith in banking.

13. Defendant is a borrower according to 12 U.S.C 1431. Defendant has the power to borrow and pay interest to obligations upon such terms and conditions.

Page 8

15. Defendant Breached contract according to Federal Reserve Act section 29 , Defendant breaches any fiduciary duty; and knowingly or recklessly causes a substantial loss or a substantial pecuniary gain or other benefit to such party by reason of such violation, practice, or breach,

16. Defendant also showed a pattern of mis conduct by ignoring multiply notices sent certified registered mail from plaintiff to try and resolve this matter. Missouri Attorney General has since stepped aside from helping with the situation.


**Prayer for relief**

Wherefore the Plaintiff BRENNEN HURT seeks,

1. A Declaration from the court that the coupon note is valid and enforceable
2. Monetary judgement in favor of the plaintiff for the full value of the negotiable instrument and any subsequent damages stemming from its non-acceptance
3. An Injunction mandating the defendant to honor the coupon note.
4. Damages for breach of contract, unjust enrichment, and violation of the UCC with interest, attorney fees, and any other relief the court deems necessary and just
5. Special performance from defendant and all proceeds paid back from defendant plaintiff made and defendant made from seizing the vehicle.