Brennen Hurt for BRENNEN HURT                                         Date:03/01/2023

1830 Charleston Estates dr.

Florissant, MO, 63031


ATTN: CFO Jason Kulas (chief financial officer)


I Hurt;Brennen- Michael/ agent here on behalf of principal BRENNEN HURT. I hereby accept all Rights, Titles, and Interest in equity owed to principal BRENNEN HURT. I would like to utilize the principals balance to apply to the principals account #3758571 for set off. I hereby instruct CFO (Chief Financial Officer) Jason Kulas of Exeter to apply the principals balance to the principals account #3758571 for set off.

If these instructions cannot be honored, please respond through postal mail giving details for non-acceptance. 5 days is enough time for you to get back with me to the above address. If you do not send me anything back in 5 days, it stands that you have accepted my offer and moving forward also applying the above instructions. Also if you can update the info you have on my credit report, no late payments and no repo. Thanks in advance.


Hurt; Brennen-Michael/Agent   (without recourse)

PAYMENT COUPON ....... Accepted

DANIELLE HURT
TRENTON M HURT
7830 CAMELLESTON ESTATES DR
FLORISSANT, MO 63031-1608

☐ Yes, sign me up for Autopay. My completed authorization is on the back.
☐ My contact information has changed

Amount Enclosed $ 11,153.44
eleven thousand one hundred fifty three dollars 44/100

Contract 3745931    Total Due
                    Pay on demand

Exeter Finance LLC
PO BOX 650890
DALLAS, TX 75265-0890

Permission to call this mobile number? ☐ Yes ☐ No

6066831037565711601005073700269660

For Deposit

Pay to the Bearer

Original Bill/coupon was sent to address listed on it.

By: Hurt, Brennen-Michael for: BRENNEN HURT (without recourse)

*For Repos.*    Accepted                                        Pay on Demand



**ABOUT YOUR CONTRACT**
Date of Notice:
Contract ("Agreement") Date: 03/08/2021
"Vehicle" Year/Make/Model: 16 HONDA ODYSSEY
Vehicle Identification Number: 5FNRL5H33GB081145
Contract Number: 3758571

FOR RETURN MAIL ONLY
PO Box 166008 // Irving, TX 75016

DANIELLE HURT
BRENNEN HURT
1830 CHARLESTON ESTATES DR
FLORISSANT, MO 630310000

**QUESTIONS?**
☐ 800-321-9637
🖥 www.exeterfinance.com
⏰ Hours (Central Standard Time)
8AM-7PM Monday-Friday
8AM-5PM Saturday

*Pay to the Bearer*

## Payoff Quote

Dear BRENNEN HURT,

Thank you for contacting us. Here is the payoff quote that you requested:

Name: DANIELLE HURT
Contract Number: 3758571
Vehicle: 16 HONDA ODYSSEY
VIN #: 5FNRL5H33GB081145
Payoff Quote: [$13,767.34]      $13,767.30

*Thirteen thousand Seven hundred sixty seven dollars 34/100*

The quote is good through 04/05/2023. After this date, the principal balance will continue to accrue interest at $0.00 per day. Dependent on the state the vehicle is titled in, Exeter Finance LLC, will release 45 days after your account is paid in full (or earlier as required by state-law). Please note any change impacting the balance, such as a payment reversal, for example, will render the above-quoted payoff amount invalid.

Please remit your payoff funds to the following address(es).

Standard Delivery

Exeter Finance LLC
PO BOX 650693
DALLAS, TX 75265-0693

Overnight Delivery

Exeter Finance LLC
2701 E GRAUWYLER RD BLDG 1
IRVING, TX 75061

If you have any questions or need additional information, please call us at 800-321-9637.

Sincerely,

Exeter Finance LLC

customerservice@exeterfinance.com

*By: Hurt;Brennen-Michael /Agent For: BRENNEN HURT*

Revision Date | 06.30.2021                                                                                                    Payoff Quote

Your item has been delivered and is available at a PO Box at 9:59 am on March 4, 2023 in IRVING, TX 75016.

Get More Out of USPS Tracking:
USPS Tracking Plus®

IRVING, TX 75016
March 4, 2023, 9:59 am

See All Tracking History

Exeter
1st
letter

Text & Email Updates

USPS Tracking Plus®

Product Information

0Brennen Hurt                                                                                           03/17/2023

1830 Charleston Estates dr.

Florissant, MO, 63031


ATTN: CFO Jason Kulas (chief financial officer)

Exeter

Irving, TX, 75016


## Notice Opportunity to Cure

Dear Jason Kulas on March 4th 2023, at 9:59 am a letter was delivered to your address of business, with Attention to you. You were sent a tender of payment, instruction, a power of attorney and a copy of an endorsed bill. All these items were sent and addressed to you for your attention immediately to set off an account for the principal BRENNEN HURT. CFO Jason Kulas has yet to get back with me on the instructions you were given. I gave you 5 business days to complete a task or get back with me on why you aren't applying the instructions you were given. Ba advised Jason Kulas, I'm now sending a notice to cure.

This notice is to inform Jason kulas to apply the Principals account balance BRENNEN HURT to the ACCOUNT # 3758571 for set off. Again I will give you 5 days to cure and apply the instructions that are being sent again along with this notice for opportunity to cure. You have 5 business days to apply the instructions or write to me telling me why you refuse or choose not to fulfil your performance. I would like to know why in 5 business days. If I don't receive anything back in 5 business days, its assumed that you will be applying the instructions you were given.

I've also attached a copy of the federal reserve act section 29 part 1. Please go over the material, and reply in a timely manner. 5 days.

# Federal Reserve Act

### Section 29. Civil Money Penalty

**(a) First Tier.** Any member bank which, and any institution-affiliated party (within the meaning of section 3(u) of the Federal Deposit Insurance Act) with respect to such member bank who, violates any provision of section 22, 23A, or 23B, or any regulation issued pursuant thereto, shall forfeit and pay a civil penalty of not more than $5,000 for each day during which such violation continues.

[12 USC 504(a). As added by act of Nov. 10, 1978 (92 Stat. 3641) and amended by acts of Oct. 15, 1982 (96 Stat. 1523) and Aug. 9, 1989 (103 Stat. 470).]

**(b) Second Tier.** Notwithstanding subsection (a), any member bank which, and any institution-affiliated party (within the meaning of section 3(u) of the Federal Deposit Insurance Act) with respect to such member bank who

1.
   A. commits any violation described in subsection (a);
   B. recklessly engages in an unsafe or unsound practice in conducting the affairs of such member bank; or
   C. breaches any fiduciary duty;
2. which violation, practice, or breach--
   A. is part of a pattern of misconduct;
   B. causes or is likely to cause more than a minimal loss to such member bank; or
   C. results in pecuniary gain or other benefit to such party,

shall forfeit and pay a civil penalty of not more than $25,000 for each day during which such violation, practice, or breach continues.

[12 USC 504(b). As added by act of Nov. 10, 1978 (92 Stat. 3641) and amended by act of Aug. 9, 1989 (103 Stat. 470).]

**(c) Third Tier.** Notwithstanding subsections (a) and (b), any member bank which, and any institution-affiliated party (within the meaning of section 3(u) of the Federal Deposit Insurance Act) with respect to such member bank who--

1. knowingly--
   A. commits any violation described in subsection (a);
   B. engages in any unsafe or unsound practice in conducting the affairs of such credit union; or
   C. breaches any fiduciary duty; and
2. knowingly or recklessly causes a substantial loss to such credit union or a substantial pecuniary gain or other benefit to such party by reason of such violation, practice, or breach,

shall forfeit and pay a civil penalty in an amount not to exceed the applicable maximum amount determined under subsection (d) for each day during which such violation, practice, or breach continues.

Your item was picked up at a postal facility at 11:51 am on March 18, 2023 in IRVING, TX 75038.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

IRVING, TX 75038
March 18, 2023, 11:51 am

See All Tracking History

CEO
2nd letter
Exeter

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less ∧