# RETAIL INSTALLMENT SALE CONTRACT - SIMPLE FINANCE CHARGE
## (WITH ARBITRATION PROVISION)

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| DANIELLE HURT<br>1830 CHARLESTON ESTATES DR<br>FLORISSANT MO 63031 | BRENNEN HURT<br>1830 CHARLESTON ESTATES DR<br>FLORISSANT MO 63031 | BOMMARITO HONDA<br>330 BROOKES DRIVE<br>HAZELWOOD MO 63042 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| | 2016 | HONDA ODYSSEY | 71497 | 5FNRL5H33GB081145 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural  ☐ N/A |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $1800.00 is |
|---|---|---|---|---|
| 20.24 % | $ 15635.64 | $ 20895.00 | $ 36530.64 | $ 38330.64 |

(e) means an estimate

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $ 507.37 | MONTHLY beginning 04/22/2021 |
| N/A | $ N/A | N/A |

**Late Charge.** If a payment is not received in full within 15 days after it is due, you will pay a late charge of 5% of the part of the payment that is late. If the payment due is $25 or less, the maximum late charge will be $5. Otherwise, the maximum charge will be $25 and the minimum charge will be $10.
**Prepayment.** If you pay early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### ITEMIZATION OF AMOUNT FINANCED

1  Cash Sale Price
   Vehicle Cash Sale Price (including $ N/A sales tax)          $ 18990.00
   Administrative Fee                                            $ 199.00
   AN ADMINISTRATIVE FEE IS NOT AN OFFICIAL FEE AND IS NOT REQUIRED BY LAW BUT MAY BE CHARGED BY A DEALER. THIS ADMINISTRATIVE FEE MAY RESULT IN A PROFIT TO DEALER. NO PORTION OF THIS ADMINISTRATIVE FEE IS FOR THE DRAFTING, PREPARATION, OR COMPLETION OF DOCUMENTS OR THE PROVIDING OF LEGAL ADVICE. THIS NOTICE IS REQUIRED BY LAW.
   Other  N/A                                                    $ N/A
   Other  N/A                                                    $ N/A
   Other  N/A                                                    $ N/A
   Total Cash Sale Price                                         $ 19189.00  (1)

2  Total Downpayment =
   Trade-in  N/A
      (Year)    (Make)    (Model)
   Gross Trade-In Allowance                                      $ N/A
   Less Pay Off Made By Seller to N/A                            $ N/A
   Equals Net Trade In                                           $ N/A
   + Cash                                                        $ 1800.00
   + Other  N/A                                                  $ N/A
   + Other  N/A                                                  $ N/A
   + Other  N/A                                                  $ N/A
   (If total downpayment is negative, enter "0" and see 4H below) $ 1800.00 (2)

3  Unpaid Balance of Cash Sale Price (1 minus 2)                 $ 17389.00 (3)

4  Other Charges Including Amounts Paid to Others on Your Behalf
   (Seller may keep part of these amounts):

---

**Insurance.** You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**
### Optional Credit Insurance

☐ Credit Life:  ☐ Buyer  ☐ Co-Buyer  ☐ Both
☐ Credit Disability:  ☐ Buyer  ☐ Co-Buyer  ☐ Both
Premium:
Credit Life $ _____ N/A
Credit Disability $ _____ N/A
Insurance Company Name  N/A
Home Office Address  N/A
N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

### Other Optional Insurance

☐ N/A
Type of Insurance _____  Term N/A
Premium $ _____ N/A
Insurance Company Name  N/A
Home Office Address  N/A
N/A

☐ N/A
Type of Insurance _____  Term N/A
Premium $ _____ N/A
Insurance Company Name  N/A
N/A
Home Office Address  N/A
N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X N/A
Buyer Signature                           N/A  Date

| | | |
|---|---|---|
| A | Cost of Optional Credit Insurance Paid to Insurance Company or Companies. | |
| | Life | $ N/A |
| | Disability | $ N/A   $ N/A |
| B | Other Optional Insurance Paid to Insurance Company or Companies | $ N/A |
| C | Official Fees Paid to Government Agencies | |
| | to N/A          for N/A | $ N/A |
| | to N/A          for N/A | $ N/A |
| | to N/A          for N/A | $ N/A |
| D | Optional Gap Contract  EASYCARE GAP | $ 701.00 |
| E | Government Taxes Not Included in Cash Sale Price | $ N/A |
| F | Government License and/or Registration Fees | |
| | N/A NOTICE OF LIEN | $ 6.00 |
| G | Government Certificate of Title Fees | $ N/A |
| H | Other Charges (Seller must identify who is paid and describe purpose.) | |
| | to N/A      for Prior Credit or Lease Balance | $ N/A |
| | to EASY CARE   for ASYC 36MO/120000M | $ 2799.00 |
| | to N/A      for N/A | $ N/A |
| | to N/A      for N/A | $ N/A |
| | to N/A      for N/A | $ N/A |
| | to N/A      for N/A | $ N/A |
| | to N/A      for N/A | $ N/A |
| | to N/A      for N/A | $ N/A |
| | to N/A      for N/A | $ N/A |
| | to N/A      for N/A | $ N/A |
| | Total Other Charges and Amounts Paid to Others on Your Behalf | $ 3506.00 (4) |
| 5 | Amount Financed (3 + 4) | $ 20895.00 (5) |

**Returned Check Charge:** You agree to pay a charge of $ 25 if any check you give us is dishonored or any electronic payment is unpaid.

Buyer Signature ____ X ____ N/A ____ Date
Co-Buyer Signature ____ N/A ____ Date

You have a right to cancel credit insurance within 15 days of buying it and receive a full refund or credit for the credit insurance premium.

THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.

**OPTIONAL OTHER BENEFIT(S)** You want to purchase the other benefit(s) written with the company(ies) and for the coverage periods and charge(s) shown below.

Type of Benefit EASYCARE SILVER CPO
Company ASY CARE  $ 2799.00
Coverage Period 36 Mos. or 120000 Miles

Type of Benefit N/A
Company N/A  $ N/A
Coverage Period N/A Mos. or N/A Miles

Type of Benefit N/A
Company N/A  $ N/A
Coverage Period N/A Mos. or N/A Miles

Type of Benefit N/A
Company N/A  $ N/A
Coverage Period N/A Mos. or N/A Miles

Type of Benefit N/A
Company N/A  $ N/A
Coverage Period N/A Mos. or N/A Miles

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term 72 Mos.   Name of Gap Contract EASYCARE GAP

I want to buy a gap contract.
Buyer Signs X ____
You have a right to cancel a gap contract within 15 days of buying it and receive a full refund or credit for the charge of the gap contract.

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before ____, Year ____. SELLER'S INITIALS ____

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on the reverse side of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.
Buyer Signs X ____   Co-Buyer Signs X ____

**NO COOLING OFF PERIOD**
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.  Buyer Signs X ____   Co-Buyer Signs X ____

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
**See back for other important agreements.**

Notice to the Buyer.
Do not sign this contract before you read it or if it contains any blank spaces. You are entitled to an exact copy of the contract you sign. Under the law you have the right to pay off in advance the full amount due and to obtain a partial refund of the finance charge (time price differential).

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You acknowledge that you have read both sides of this contract, including the arbitration provision on the reverse side, before signing below. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X ____  Date 03/08/21   Co-Buyer Signs X ____  Date 03/09/21
Buyer Printed Name JELLE HURT   Co-Buyer Printed Name BRENNEN HURT   Title N/A

If the "business" use box is checked in "Primary Use for Which Purchased": Print Name ____
Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X ____   Address ____
Seller signs MARITO HONDA    Date 03/08/21   By X ____   Title ____

Seller assigns its interest in this contract to ____ (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse   ☐ Assigned without recourse   ☐ Assigned with limited recourse
Seller MARITO HONDA
By X ____   Title ____

LAW FORM NO. 553-MO-ARB (REV. 1/20)
©2020 The Reynolds and Reynolds Company TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

CUSTOMER/TRUTH IN LENDING COPY